JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT CARTER,

                                                    PLAINTIFF(S)

                        v.

NATIONAL FRANCHISE SALES, INC., et al.,

                                                    DEFENDANT(S)

CASE NUMBER

SACV 16-1593-JLS (GJSx)

**ORDER RE REQUEST TO PROCEED**
***IN FORMA PAUPERIS***

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____                    _____
Date                                                     United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
- ☐ Other: _____

_____

Comments:

Plaintiff, who is proceeding on a pro se basis, alleges that the sole basis for federal jurisdiction is diversity jurisdiction under 28 U.S.C. sec. 1332(a)(1).  Plaintiff also alleges that his "total damages" are $74,800.00. Accordingly, the requisites for diversity jurisdiction under 28 U.S.C. sec. 1332(a)(1) are not satisfied on the face of the Complaint.

August 30, 2016                            _____
Date                                             United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above).  IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

August 31, 2016                            _____
Date                                             United States District Judge